**ARGENTUM MEDICAL, LLC, Plaintiff/Counterclaim Defendant**

**Gregg Silver, Thomas Miller, Counterclaim Defendants–Appellants**

v.

**NOBLE BIOMATERIALS, Defendant/Counterclaimant**

**Derma Sciences, Inc., Defendant/Counterclaimant**

**Noble Fiber Technologies, LLC, Third Party Defendant.**

No. 2015–1057.

United States Court of Appeals, Federal Circuit.

July 15, 2015.

Thomas C. Cronin, Cronin & Co., Ltd., Chicago, IL, argued for counterclaim defendants-appellants.

LOURIE, SCHALL, and LINN, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**